IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GREGORY J. CARLSON,

        Plaintiff,                    JUDGMENT IN A CIVIL CASE

v.

                                         Case No. 16-cv-2-jdp

CAROLYN W. COLVIN,
Acting Commissioner of Social Security

        Defendant.

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant affirming the decision of the defendant Carolyn W. Colvin, Commissioner of Social Security, and dismissing plaintiff's appeal.

| s/ V. Olmo, Deputy Clerk | 9/12/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |